**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **BILL EUGENE BOWERS, SR.,**<br><br>          *Plaintiff,*<br><br>**v.**<br><br>**NURSE CHARLES COLEMAN,** *et al.,*<br><br>          *Defendants.* | **CIVIL ACTION NO.**<br>**5:20-cv-00023-TES-CHW** |

**ORDER ADOPTING THE UNITED STATES
MAGISTRATE JUDGE'S RECOMMENDATION**

In his Recommendation [Doc. 6], the United States Magistrate Judge recommends that the Court grant Plaintiff's motion to proceed *in forma pauperis* [Doc. 2], deny his motion to preserve evidence [Doc. 5], permit his medical treatment claims against Defendants Coleman and Newman to proceed, and dismiss his remaining claims without prejudice.

No objections have been filed to the magistrate judge's Recommendation; therefore, the Court reviews his findings for clear error. 28 U.S.C. § 636(b)(1)(A). After careful review, the Court finds no clear error.

Therefore, the Court **ADOPTS** the Recommendation [Doc. 6] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Plaintiff's motion to proceed *in forma pauperis* [Doc. 2] and **DISMISSES without prejudice** his claims against

Defendants Bailey and Reeves. Plaintiff's medical treatment claims against Defendants Coleman and Newman may proceed for further factual development. Further, the Court **DENIES** Plaintiff's motion to preserve evidence [Doc. 5].

**SO ORDERED**, this 19th day August, 2020.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**